**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

DAVID DEPUTY, Individually and on behalf
of all others similarly situated,

               Plaintiff,

v.

AKEBIA THERAPEUTICS, INC., JOHN P.
BUTLER, DAVID A. SPELLMAN, and
JASON A. AMELLO,

               Defendants.

Case No.: 1:22-cv-01411-AMD-VMS

Hon. Ann M. Donnelly

**DECLARATION OF ADAM M. APTON IN SUPPORT OF JOSEPH R. GORSKI'S**
**MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND**
**APPROVAL OF SELECTION OF COUNSEL**

I, Adam M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.     I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Joseph R. Gorski, individually and as Trustee of the Joseph R Gorski Revocable Trust UAD 07/12/2002 ("Movant") and proposed Lead Counsel for the Class.

2.     I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as Lead Plaintiff and approval of his selection of Levi & Korsinsky as Lead Counsel for the Class.

3.     Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:    PSLRA Certification signed by Movant attesting to his transactions of Akebia Therapeutics, Inc. ("Akebia" or the "Company") securities and the assignment of the Barbara J Jones Living Trust UAD 06/06/2002;

**Exhibit B**:    Loss Chart reflecting the losses incurred by Movant as a result of his transactions in Akebia securities;

**Exhibit C**:    Press Release published March 14, 2022, on *Globe Newswire,* announcing the pendency of the securities class action against defendants herein: *Deputy v. Akebia Therapeutics, Inc., et. al.,* Case No. 1:22-cv-01411-AMD-VMS;

**Exhibit D**:    Declaration signed by Movant in support of his lead plaintiff motion; and

**Exhibit E**:    Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: May 13, 2022                                     Respectfully Submitted,

                                                        **LEVI & KORSINSKY, LLP**

                                                        By: */s/ Adam M. Apton*
                                                        Adam M. Apton
                                                        55 Broadway, 10th Floor
                                                        New York, NY 10006
                                                        Tel: (212) 363-7500
                                                        Fax: (212) 363-7171
                                                        Email: aapton@zlk.com

                                                        *Lead Counsel for Movant and [Proposed]*
                                                        *Lead Counsel for the Class*