# EXHIBIT C

*Source:* Pomerantz LLP

*March 14, 2022 18:33 ET*

# Pomerantz Law Firm Announces the Filing of a Class Action Against Akebia Therapeutics, Inc. and Certain Officers – AKBA

NEW YORK, March 14, 2022 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against Akebia Therapeutics, Inc. ("Akebia" or the "Company") (NASDAQ: AKBA) and certain of its officers. The class action, filed in the United States District Court for the Eastern District of New York, and docketed under 22-cv-01411, is on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired Akebia securities between June 28, 2018 and September 2, 2020, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are a shareholder who purchased or otherwise acquired Akebia securities during the Class Period, you have until May 13, 2022 to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at www.pomerantzlaw.com. To discuss this action, contact Robert S. Willoughby at newaction@pomlaw.com or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

[Click here for information about joining the class action]

Akebia is a biopharmaceutical company that focuses on the development and commercialization of renal therapeutics for patients with kidney diseases. The Company's lead investigational product candidate is vadadustat, an oral therapy, which is in Phase 3 development for the treatment of anemia due to chronic kidney disease ("CKD") in dialysis-dependent and non-dialysis dependent ("NDD") adult patients.

Akebia's Phase 3 clinical programs for vadadustat include, among others, the $PRO_2TECT$ program in NDD-CKD patients with anemia (the "$PRO_2TECT$ Program"). The $PRO_2TECT$ Program's primary safety endpoint was defined as non-inferiority of vadadustat versus darbepoetin alfa in time to first occurrence of major adverse cardiovascular events ("MACE").

The complaint alleges that, throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operations, and prospects. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) vadadustat was not as safe in treating NDD-CKD patients with anemia as Defendants had represented; (ii) as a result, Defendants overstated the $PRO_2TECT$ Program's clinical prospects; (iii) accordingly, Defendants also overstated vadadustat's overall commercial and regulatory prospects; and (iv) as a result, the Company's public statements were materially false and misleading at all relevant times.

On September 3, 2020, Akebia issued a press release announcing "top-line results" from the $PRO_2TECT$ Program, disclosing that "[v]adadustat did not meet the primary safety endpoint of the $PRO_2TECT$ program, defined as non-inferiority of vadadustat versus darbepoetin alfa in time to first occurrence of [MACE.]"

On this news, Akebia's common stock price fell $7.35 per share, or 73.5%, to close at $2.65 per share on September 3, 2020.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomlaw.com.

CONTACT:
Robert S. Willoughby
Pomerantz LLP
rswilloughby@pomlaw.com
888-476-6529 ext. 7980