# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAVID DEPUTY, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>AKEBIA THERAPEUTICS, INC., JOHN P. BUTLER, DAVID A. SPELLMAN, and JASON A. AMELLO,<br><br>    Defendants. | Case No.: 1:22-cv-01411-AMD-VMS<br><br>Hon. Ann M. Donnelly |

## DECLARATION OF JOSEPH R. GORSKI IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF

I, Joseph R. Gorski, pursuant to 28 U.S.C. § 1746, declare as follow:

1.      I respectfully submit this Declaration in support of my motion for appointment as Lead Plaintiff in the above-captioned securities class action (the "Action") against Akebia Therapeutics, Inc. ("Akebia" or the "Company"). I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

2.      I currently reside in Rolling Prairie, Indiana. I possess a high school diploma. I am currently the owner of several farms that I work on as a farmer. I have been investing in securities for over thirty-five years. Further, I have experience hiring and overseeing attorneys for routine business matters regarding various farm contracts, and estate planning matters.

3.      I am both capable and qualified to serve as the lead plaintiff in the Action. By virtue of my significant financial interest in the resolution of the Action, I am motivated to litigate vigorously, efficiently, and to the best of my ability to maximize the potential recovery for myself and the Class I seek to represent.

4.      Prior to seeking appointment as lead plaintiff in the Action, I communicated with attorneys at Levi & Korsinsky, LLP about the lead plaintiff process, the responsibilities of a lead plaintiff, and how the Action would progress after a lead plaintiff is appointed. I understand that a lead plaintiff is required to direct the litigation on behalf of the Class, stay apprised of all material developments of the litigation, and that I would owe fiduciary duties to the Class to act in its best interest.

5.      I understand that I was not required to seek appointment as lead plaintiff in order to recover. Rather, based on my financial interest, I decided to seek lead plaintiff appointment than remain an absent class member.

6.      After discussing the responsibilities of serving as a lead plaintiff and being satisfied that Levi & Korsinsky, LLP would adequately serve as lead counsel based on the firm's experience, resources, and past successes, I signed a retainer agreement with Levi & Korsinsky, LLP, and authorized the firm to file a lead plaintiff motion on my behalf. I understand that my counsel is submitting this declaration along with a timely application for appointment as lead plaintiff on my behalf.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements related to myself are true and correct.

Signed: _Joseph R. Gorski_

Name: Joseph R. Gorski

Date: 5/11/22

2