**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAVID DEPUTY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>AKEBIA THERAPEUTICS, INC., JOHN P. BUTLER, DAVID A. SPELLMAN, and JASON A. AMELLO,<br><br>Defendants. | Case No.: 1:22-cv-1411 (AMD (VMS) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Lead Plaintiffs Joseph R. Gorski, Joseph R. Gorski Revocable Trust UAD 7/12/2002 and Abraham Kiswani hereby give notice that they dismiss their individual claims asserted in the above-captioned action against defendants Akebia Therapeutics, Inc., John P Butler, David A. Spellman, and Jason A. Amello with each party agreeing to bear their own costs.

Dated: August 29, 2022

**LEVI & KORSINSKY LLP**

By: */s/ Shannon L. Hopkins*
Shannon L. Hopkins
55 Broadway, 10th Floor
New York, NY 10006
Telephone: 212-363-7500
Facsimile: 212-363-7171
Email: shopkins@zlk.com

By: <u>*/s/ Michael Jonathan Wernke*</u>
Michael Jonathan Wernke
**POMERANTZ LLP**
600 Third Avenue
New York, NY 10016
212-661-1100
Fax: 212-661-8665
Email: mjwernke@pomlaw.com

*Counsel for Lead Plaintiffs Joseph R. Gorski, Joseph R. Gorski Revocable Trust UAD 7/12/2002 and Abraham Kiswani*