**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAVID DEPUTY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>AKEBIA THERAPEUTICS, INC., JOHN P. BUTLER, DAVID A. SPELLMAN, and JASON A. AMELLO,<br><br>Defendants. | **Case No. 1:22-cv-1411 (AMD) (VMS)** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff David Deputy hereby gives notice that he dismisses his individual claims asserted in the above-captioned action against defendants Akebia Therapeutics, Inc., John P. Butler, David A. Spellman, and Jason A. Amello with each party agreeing to bear their own costs.

Dated: September 7, 2022

**POMERANTZ LLP**

*By: /s/ Michael Jonathan Wernke*
Michael Jonathan Wernke
600 Third Avenue
New York, NY 10016
212-661-1100
Fax: 212-661-8665
Email: mjwernke@pomlaw.com
*Counsel for David Deputy*